THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MELISSA MOODY CROSS**                                                                               **PLAINTIFF**

v.                                      **Case No. 4:20-cv-00297-KGB**

**RODNEY CROSS,** *et al.*                                                                             **DEFENDANTS**

## ORDER

On May 15, 2020, the Court screened plaintiff Melissa Moody Cross' complaint, found that it failed to state a claim against any defendant, and directed Ms. Cross to file an amended complaint within 30 days (Dkt. No. 11). Ms. Cross timely filed an amended complaint on June 9, 2020, along with nearly 1,600 pages of exhibits (Dkt. Nos. 13–15). Because these exhibits contain unredacted, confidential information, the Court, on its own motion, directs the Clerk of Court to place under seal Docket Numbers 13, 14, and 15. If Ms. Cross objects to these documents remaining under seal, she should file a written motion with the Court within 14 days from the entry of this Order.

It is so ordered this 26th day of June, 2020.

_____
Kristine G. Baker
United States District Judge